**Linh TRUONG, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3188.

United States Court of Appeals, Federal Circuit.

June 14, 2005.

### ORDER

Order Vacated, See 2005 WL 1703195.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Donald R. SHIFLETT Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 05–3191.

United States Court of Appeals, Federal Circuit.

June 15, 2005.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.